IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Robert J Lannan Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Chad F. Wolf, Acting Secretary, Department of Homeland Security (Federal Emergency Management Agency), Agency.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 20-3244-CV-S-BP

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert J Lannan Jr. |
| Street Address | 3632 E Churchill St |
| City and County | Springfield    Greene County |
| State and Zip Code | Missouri   65809 |
| Telephone Number | 660-441-2677 |
| E-mail Address | rob.lannan@me.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Honorable Chad F. Wolf |
| Job or Title (if known) | Acting Secretary, Department of Homeland Security (Federal Emergency Management Agency), Agency |
| Street Address | - Office of the Executive Secretary, MS 0525 |
| City and County | Department of Homeland Security ~~2707 Martin Luther King Jr Ave SE~~ |
| State and Zip Code | Washington, DC 20528-0525 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Federal Emergency Management Agency |
| Street Address | 500 C Street, SW |
| City and County | Washington, DC 20472-3210 |
| State and Zip Code | Duty Station at Home Address |
| Telephone Number | (202) 646-2500 |

II. **Cause of Action**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ ˣ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

- [x] Other federal law *(specify the federal law)*:
    Violation of Privacy Act    29 C.F.R. Part 1611, and FEMA Policy 123-6-1

- [ ] Missouri Human Rights Act, Missouri Revised Statute § 213.055

- [ ] Other state law *(specify, if known)*: _____

- [ ] Relevant city or county law *(specify, if known)*: _____

### III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

- [x] Yes    Date filed: 06-06-2018
- [ ] No

*Attach copy of the charge to this Complaint*

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

- [x] Yes    [ ] No

*If yes, please attach a copy of the letter to this Complaint.*

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

- [ ] Yes    Date filed: _____
- [x] No

*Attach copy of the charge to this Complaint*

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

- [ ] Yes    [x] No

*If yes, please attach a copy of the letter to this Complaint.*

4

E.  If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

☐ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV. Statement of Claim

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☐ Failure to promote me.
☒ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☒ Retaliation.
☒ Harassment/Hostile Work Environment
☐ Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.  It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

Between July 27 2014 - July 27 2016

C.  I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☒ is/are not still committing these acts against me.

5

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____
☐ color _____
☐ gender/sex _____
☐ religion _____
☐ national origin _____
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☒ x disability or perceived disability *(specify disability)* PSTD, Seizures, Bi-Polar and Depression

E. Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
  Treated as Person Scamming the system, and they intentionally founds ways to deny Reasonable Accommodation ....
- What injuries did you suffer?
  Lost of Federal employment and Documentation place in personnel record prevent any further possible federal employment possibillities.
- Who was involved in what happened to you?
  Jame Boyer, Monica Bilik, Kurt Nance
- How were the defendants involved in what happened to you?
  They were staff in charge of the RA process and the who made the decision. It was their perceptions that affected what they believe was possible and warranted in the situation.
- Where did the events you have described take place?
  They where in Washington DC, I was at my duty Station in Missouri.
- When did the events you have described take place?
  It was a on-going issue that started before being place into service aug 10 2014 untill terminated July 21st 2016

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Attached Copy of Complaint Submitted to EEOC
Attached Copy of Appeal For Appeal Reconsideration Pending Response From EEOC
_____
_____
_____
_____
_____

6

_____
_____
_____

## V. Relief

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

- [ ] Defendant be directed to employ Plaintiff
- [X] Defendant be directed to re-employ Plaintiff
- [ ] Defendant be directed to promote Plaintiff
- [X] Defendant be directed to Remove Document with Medical Conditions and Doctor information Form personal record.
- [X] Monetary damages (please explain): Lost Wages - And Future Potential Wages if not rehired
- [X] As additional relief to make Plaintiff whole, Plaintiff seeks (please specify and explain):

Legal Fees incurred to Plaintiff as part of this case
_____
_____

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-9, 20 20.

Signature of Plaintiff  _[signature]_

Printed Name of Plaintiff  Robert J Lannan Jr.

7